**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

      -against-                          ORDER

DIMITRY ARONSHTEIN,            11 Crim. 121-2 (GBD)

                  Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The Government's motion to seal its submission and exhibits in connection with Defendant's motion for compassionate release, (ECF No. 559), is GRANTED. The Clerk of Court is directed to close the motion accordingly. If the Defendant wishes to file any documents under seal, he shall submit a letter motion seeking leave to do so, in accordance with this Court's Individual Rules and Practices.

Dated: New York, New York
       May 11, 2020

                                              SO ORDERED.

                                              *George B Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge