**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

DIMITRY ARONSHTEIN,

                        Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED DEC 1 6 2020

ORDER

11 Crim. 121-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Bureau of Prisons is directed to schedule a CT Coronary Angiogram for the Defendant within the next 30 days. Defendant's motion for a reduction of his sentence to time served is DENIED, without prejudice to renew such a motion upon receipt and review of the results of the ordered angiogram.

Dated: New York, New York
       December 16, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge