UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

DIMITRY ARONSHTEIN,

Defendant.

------------------------------------x

ORDER

11 Crim. 121-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the open motions at ECF Nos. 588 (request for medical treatment) and 589 (request for records) as mooted by ECF No. 590.

Dated: June 21, 2022
       New York, New York

SO ORDERED.

*signature*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE