UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                                    :
UNITED STATES OF AMERICA          :   **PARTIAL VACATUR OF FINAL**
                                                    :   **ORDER OF FORFEITURE AS TO**
                  -v.-                            :   **CERTAIN SPECIFIC PROPERTY**
                                                      :
DIMITRY ARONSHTEIN,                :   S2 11 Cr. 121 (GBD)
                                                     :
               Defendant.              :
                                                   :
------------------------------------ X

WHEREAS, on or about April 19, 2014, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Properties (the "Preliminary Order of Forfeiture") (D.E. 365), which ordered the forfeiture to the United States of all right, title and interest of DIMITRY ARONSHTEIN (the "Defendant") in, *inter alia*, the real property and appurtenances with all improvements and attachments thereon, located at 3389 Poplar Street, Oceanside, New York 11572 (the "Subject Property");

WHEREAS, on or about December 11, 2017, the Government moved for the entry of a Final Order of Forfeiture forfeiting all right, title and interest of the Defendant in, *inter alia*, the Subject Property;

WHEREAS, on or about December 13, 2017, the Court entered a Final Order of Forfeiture (D.E. 475), which ordered the forfeiture to the United States of, *inter alia*, all right, title and interest of the Defendant in the Subject Property;

WHEREAS, the Government requests the Final Order of Forfeiture be vacated as to the Subject Property;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Final Order of Forfeiture as to the Subject Property is hereby vacated.

2. The Final Order of Forfeiture shall remain in full force and effect in all other aspects.

Dated: New York, New York
April __, 2023

SO ORDERED:

*George B. Daniels*
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK